IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOSIE ROGERS, § | |
| § | |
| Plaintiff, § | Civil Action No. 4:19-cv-00277 |
| § | |
| v. § | |
| § | |
| FIRST CREDIT SERVICES, INC., § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                          RESPECTFULLY SUBMITTED,

DATED: March 27, 2019

                                      By: /s/ Amy L. Bennecoff Ginsburg
                                           Amy L. Bennecoff Ginsburg, Esq.
                                           Kimmel & Silverman, P.C.
                                           30 E. Butler Avenue
                                           Ambler, PA 19002
                                           Tel: 215-540-8888
                                           Fax: 215-540-8817
                                           aginsburg@creditlaw.com

                                           Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement on the clerk of Court via ECF.

Dated: March 27, 2019						By: /s/ Amy L. Bennecoff Ginsburg
								Amy L. Bennecoff Ginsburg, Esq.
								Kimmel & Silverman, P.C.
								30 E. Butler Avenue
								Ambler, PA 19002
								Tel: 215-540-8888
								Fax: 215-540-8817
								aginsburg@creditlaw.com